# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

December 03, 2025

Mr. Charles William Irvine
Irvine & Conner, P.L.L.C.
4709 Austin Street
Houston, TX 77004

Ms. Lauren Parker
Center for Biological Diversity
1411 K Street, N.W.
Suite 1300
Washington, DC 20005

Mr. Jason Craig Rylander
Center for Biological Diversity
1411 K Street, N.W.
Suite 1300
Washington, DC 20005

    No. 25-50747   Texas v. US Dept of the Interior
                       USDC No. 7:23-CV-47
                       USDC No. 7:23-CV-49

Dear Mr. Irvine, Ms. Parker, Mr. Rylander,

We have determined that your brief is deficient (for the reasons cited below) and must be corrected within 14 days. We note that our Quality Control Program advised you of some of these deficiencies when you filed the document.

The caption on the brief does not match the Court's Official Caption as required by FED. R. APP. P.32(a)(2)(C). See the Official Caption, below:

_____

Case No. 25-50747

State of Texas; Texas General Land Office; Texas Department of Agriculture; Railroad Commission of Texas; State of Kansas; State of Oklahoma,

              Plaintiffs - Appellees

v.

United States Department of the Interior; United States Fish and Wildlife Service; Doug Burgum, Secretary, U.S. Department of the Interior; Brian Nesvik, in his official capacity as the Director of the United States Fish and Wildlife Service,

              Defendants - Appellees

v.

Center for Biological Diversity; Texas Campaign for the Environment,

              Movants - Appellants

_____

Permian Basin Petroleum Association; National Cattlemen's Beef Association; Texas Cattle Feeders Association; Kansas Livestock Association; Oklahoma Cattlemen's Association; New Mexico Cattle Growers Association, Kansas Independent Oil & Gas Association; Petroleum Alliance of Oklahoma,

              Plaintiffs - Appellees

v.

United States Department of the Interior; United States Fish and Wildlife Service; Doug Burgum, Secretary, U.S. Department of the Interior; Brian Nesvik, in his official capacity as the Director of the United States Fish and Wildlife Service,

              Defendants - Appellees

v.

Center for Biological Diversity; Texas Campaign for the Environment,

              Movants - Appellants

**Note:** Once you have prepared your sufficient brief, you must electronically file your 'Proposed Sufficient Brief' by selecting from the Briefs category the event, Proposed Sufficient Brief, via the electronic filing system. Please do not send paper copies of the brief until requested to do so by the clerk's office. The brief is not sufficient until final review by the clerk's office. If the brief is in compliance, paper copies will be requested and you will receive a notice of docket activity advising you that the sufficient brief filing has been accepted and no further corrections are necessary. The certificate of service/proof of

service on your proposed sufficient brief **MUST** be dated on the actual date that service is being made. Also, if your brief is sealed, this event automatically seals/restricts any attached documents, therefore you may still use this event to submit a sufficient brief.

        Sincerely,

        LYLE W. CAYCE, Clerk

By: /s/ Rebecca L. Jeanfreau
Rebecca L. Jeanfreau, Deputy Clerk
504-310-7645

cc:
    Ms. Marianne Marsh Auld
    Ms. Caitlyn Cook
    Mr. Garry M. Gaskins II
    Mr. David B. Goode
    Mrs. Caitlyn Hubbard
    Mr. Jeffrey D. Kuhnhenn
    Ms. Jennifer L. Lewis
    Mr. Derek Montgomery
    Ms. Emily Anne Polachek
    Mr. Anthony J. Powell
    Mr. James Rodriguez
    Ms. Shelby Thompson
    Mr. Zachary Paul West
    Ms. Brittany Erin Wright