# *United States Court of Appeals*

**FIFTH CIRCUIT
OFFICE OF THE CLERK**

**LYLE W. CAYCE
CLERK**

**TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130**

December 03, 2025

Mr. Charles William Irvine
Irvine & Conner, P.L.L.C.
4709 Austin Street
Houston, TX 77004

Ms. Lauren Parker
Center for Biological Diversity
1411 K Street, N.W.
Suite 1300
Washington, DC 20005

Mr. Jason Craig Rylander
Center for Biological Diversity
1411 K Street, N.W.
Suite 1300
Washington, DC 20005

     No. 25-50747   Texas v. US Dept of the Interior
                            USDC No. 7:23-CV-47
                            USDC No. 7:23-CV-49

Dear Counsel,

Your Addendum to the Brief of Appellant is filed. It requires the following corrections by 12/15/2025 of the date of this letter:

    Certificate of service is required.
    Caption must exactly match this court's caption.

Once you have prepared your sufficient addendum, you must email it to: Rebecca_Jeanfreau@ca5.uscourts.gov for review. If the addendum is in compliance, you will receive a notice of docket activity advising you that the sufficient addendum has been filed.

                                    Sincerely,

                                    LYLE W. CAYCE, Clerk

                                    /s/ Rebecca Jeanfreau
                            By: _____

Rebecca L. Jeanfreau, Deputy Clerk
504-310-7645

cc:
Ms. Marianne Marsh Auld
Ms. Caitlyn Cook
Mr. Garry M. Gaskins II
Mr. David B. Goode
Mrs. Caitlyn Hubbard
Mr. Jeffrey D. Kuhnhenn
Ms. Jennifer L. Lewis
Mr. Derek Montgomery
Ms. Emily Anne Polachek
Mr. Anthony J. Powell
Mr. James Rodriguez
Ms. Shelby Thompson
Mr. Zachary Paul West
Ms. Brittany Erin Wright